UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.               Criminal No. 10-cr-102-02-JD

Shawn Sandiford

O R D E R

The assented to motion to reschedule jury trial (document no. 21) filed by defendant is granted. As the co-defendants have assented to this motion, trial as to all defendants is continued to the two-week period beginning December 7, 2010, 9:30 AM.

Defendant Sandiford shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                  */s/ Joseph A. DiClerico, Jr.*
                                                  Joseph A. DiClerico, Jr.
                                                  United States District Judge

Date: September 29, 2010

cc: Counsel of Record
    U.S. Marshal
    U.S. Probation